UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARTHA FISHER, Individually and on behalf
of others similarly situated,

    Plaintiffs,

v.                                                    Case No.

SHRINERS HOSPITALS FOR CHILDREN,
INC.,

    Defendant.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendant Shriners Hospital for Children, Inc., ("Defendant"), by counsel and pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, and Local Rule 4.02(b), hereby remove this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. In support of removal, Defendant states:

1. Plaintiff, Martha Fisher, commenced this civil action in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case No. 17-CA-000281, on January 11, 2017 by filing a Complaint on behalf of herself and others similarly situated against Defendant alleging that Defendant violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et. seq. On January 16, 2017, a copy of the Complaint and Summons was delivered via process server to Defendant.

2. This Notice is timely filed within 30 days of service of the Complaint.

3. The Complaint was originally filed in Hillsborough County, Florida. Thus, upon removal, venue properly lies in the United States District Court for the Middle District of Florida, Tampa Division.

4. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02(b), copies of all process, pleadings, orders, and other papers currently on file in the state court action, Case No. 17-CA-000281, are attached hereto as composite *Exhibit A*.

5. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff, the only current adverse party, and a Notice of Filing Notice of Removal will also be filed with the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as *Exhibit B*.

## Federal Question Jurisdiction

6. This action is properly removable to federal court pursuant to 28 U.S.C. § 1441(a) because Plaintiff's Complaint presents a federal question pursuant to 28 U.S.C. § 1331, as Plaintiff alleges only the violation of a federal statute, the Fair Labor Standards Act of 1938 and its amendments, 29 U.S.C. § 201, et. seq.

7. Removal is therefore appropriate pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, on the basis of the foregoing, Defendants respectfully remove this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida to this Court.

Respectfully submitted,

FORDHARRISON LLP

s/ Tracey K. Jaensch
Tracey K. Jaensch, Esquire
Florida Bar No. 907057
tjaensch@fordharrison.com

101 East Kennedy Boulevard, Suite 900
Tampa, Florida 33602-5133
Telephone: (813) 261-7800
Facsimile: (813) 261-7899

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2017, I served a true and correct copy of the foregoing via electronic and U.S. First Class Mail on the following:

Wolfgang M. Florin, Esq.
Christopher D. Gray, Esq.
Lindsey C. Kofoed, Esq.
Florin Roebig, P.A.
777 Alderman Road
Palm Harbor, FL 34683
wmf@florinroebig.com
cdg@florinroebig.com
lck@florinroebig.com

/s/ Tracey K. Jaensch
Attorney

WSACTIVELLP:8963308.1